IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-561-FDW-DCK

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| PORTRAIT HOMES-SOUTH CAROLINA LLC, et al, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Scott C. Harris, concerning Phillip W. Segui, Jr. on May 10, 2019. Phillip W. Sequi, Jr. seeks to appear as counsel *pro hac vice* for Defendants Portrait Homes-South Carolina, LLC, Portrait Homes-Oak Bluff, LLC, and Pasquinelli Homebuilding, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Phillip W. Sequi, Jr. is hereby admitted *pro hac vice* to represent Defendants Portrait Homes-South Carolina, LLC, Portrait Homes-Oak Bluff, LLC, and Pasquinelli Homebuilding, LLC.

**SO ORDERED**.

Signed: May 13, 2019

David C. Keesler
United States Magistrate Judge