# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Pennsylvania National Mutual Casualty Insurance Company, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:18-cv-00561-KDB-DCK |
| vs. | ) ) | |
| Portrait Homes-Oak Bluff LLC et al, | ) ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2019 Order.

September 18, 2019

_____
Frank G. Johns, Clerk
United States District Court